978

No. 1358. PACIFIC OIL CO. *v.* HICKEL, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied. *Francis R. Kirkham* and *Thomas E. Haven* for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *Edmund B. Clark* for respondent.

No. 1371. GOLDBLATT *v.* UNITED STATES;
No. 1372. COTTEN *v.* UNITED STATES; and
No. 1373. WECHSLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *David I. Shapiro* and *George Kaufmann* for petitioner in No. 1371; *Raymond W. Bergan* for petitioner in No. 1372; and *Philip F. Herrick* and *Hans A. Nathan* for petitioner in No. 1373. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States in all three cases. Reported below: 408 F. 2d 1184.

No. 1378. LUTSKO ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *H. David Rothman* for petitioners.

No. 1379. HUMPHREY ET AL. *v.* DEALERS TRANSPORT CO. ET AL. C. A. 6th Cir. Certiorari denied. *H. Solomon Horen, Josephine P. Hughett, William S. Zeman, Mozart G. Ratner,* and *George Kaufmann* for petitioners. *Newell N. Fowler* for Dealers Transport Co., and *Edgar A. Zingman* for E. & L. Transport Co., respondents.

No. 500. SCHMEAR *v.* GAGNON, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.